UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MOLDEX METRIC, INC., ) | |
| ) | |
| Plaintiff, ) | Civil No. 14-cv-01821-JNE/FLN |
| ) | |
| v. ) | |
| ) | |
| 3M COMPANY and 3M INNOVATIVE ) | |
| PROPERTIES COMPANY, ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF DOUGLAS H. MOSES

I, Douglas H. Moses, hereby declare under penalty of perjury that the following is true and correct:

1. I am a marketing manager at 3M Company ("3M"). I have personal, first-hand knowledge of the following facts, and if called as a witness, I could and would competently testify thereto. I make this declaration in the above-captioned lawsuit in support of 3M's Motion to Dismiss Plaintiff's Complaint.

2. In March 2005, I joined Aearo Technologies as a senior brand manager working with industrial safety products. I began working with Combat Arms™ earplugs in the fall of 2006 and have continued to work with Combat Arms and other hearing protection devices since that time. I became a 3M employee when 3M acquired Aearo Technologies on April 1, 2008, and I was made a marketing manager at 3M at that time.

3. I am familiar with the packaging and advertising used for Combat Arms earplugs from 2006 to the present. I have seen and am familiar with the brochure and packaging for Combat Arms earplugs that are depicted in **Exhibit A** to this declaration.

4. To my understanding and knowledge, Aearo Technologies created the packaging for Combat Arms earplugs depicted in Exhibit A to this declaration before June 2010, and 3M developed the brochure for Combat Arms earplugs depicted in Exhibit A to this declaration before June 2010. Likewise, 3M has used both this packaging and this brochure to market and sell Combat Arms earplugs since before June 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of June, 2014, at Indianapolis, Indiana.

_____
DOUGLAS H. MOSES