# EXHIBIT 1

Dual-Ended Combat Arms NRR Test Report Detail – GWG and TRS Omitted

Omitting GWG and TRS from the test results alters the mean attenuation and standard deviation values highlighted below by no more than 1.1 dB at any frequency and increases the NRR by 1.3 DB.

| Subj. | Trial | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | 125 | Comf. | Canal Size | NRR* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KJC | 1 | 5 | 6 | 7 | 16 | 21 | 24 | 24 | 18 | 14 | 1 | | S/S+ | 9.2 |
| | 2 | 5 | 6 | 9 | 16 | 21 | 22 | 22 | 14 | 13 | 3 | | | |
| | 3 | 1 | 4 | 11 | 19 | 20 | 25 | 23 | 16 | 16 | 3 | 2 | | |
| MKF | 1 | 2 | 3 | 11 | 18 | 22 | 28 | 26 | 16 | 17 | 3 | | XS-/XS- | 10.4 |
| | 2 | 3 | 6 | 11 | 17 | 23 | 27 | 25 | 15 | 13 | 6 | | | |
| | 3 | 3 | 7 | 13 | 16 | 22 | 32 | 25 | 18 | 12 | 1 | 4 | | |
| GWG | 1 | | | | | | | | | | | | M/M+ | |
| | 2 | | | | | | | | | | | | | |
| | 3 | | | | | | | | | | 3 | | | |
| BAK | 1 | 3 | 6 | 4 | 11 | 17 | 18 | 21 | 25 | 26 | 4 | | XL/XL | 2.6 |
| | 2 | 5 | 3 | 8 | 12 | 17 | 15 | 13 | 29 | 29 | 3 | | | |
| | 3 | 9 | 4 | 0 | 8 | 15 | 20 | 18 | 28 | 32 | 6 | 2 | | |
| RTM | 1 | 2 | -4 | 0 | 2 | 13 | 17 | 14 | 6 | 11 | 1 | | L/M+ | -5.5 |
| | 2 | 3 | 2 | 6 | 5 | 14 | 13 | 14 | 12 | 10 | 3 | | | |
| | 3 | 2 | -5 | -5 | -2 | 13 | 10 | 7 | 8 | 9 | 2 | 1 | | |
| DLP | 1 | 4 | 5 | 9 | 10 | 21 | 22 | 19 | 15 | 17 | 5 | | L+/L+ | 8.3 |
| | 2 | 7 | 7 | 12 | 15 | 21 | 21 | 20 | 22 | 27 | 8 | | | |
| | 3 | 6 | 8 | 9 | 15 | 27 | 23 | 18 | 25 | 22 | 3 | 1 | | |
| TLS | 1 | 3 | 3 | 2 | 1 | 11 | 12 | 12 | 11 | 12 | 1 | | M+/M | -0.6 |
| | 2 | 8 | 4 | 5 | 3 | 14 | 14 | 12 | 21 | 20 | 6 | | | |
| | 3 | 2 | 2 | 2 | 0 | 7 | 15 | 9 | 7 | 9 | 2 | 1 | | |
| TRS | 1 | | | | | | | | | | | | S/S | |
| | 2 | | | | | | | | | | | | | |
| | 3 | | | | | | | | | | | 2 | | |
| MV | 1 | 13 | 11 | 9 | 14 | 17 | 19 | 16 | 21 | 23 | 15 | | M/M+ | 7.9 |
| | 2 | 13 | 9 | 7 | 11 | 15 | 24 | 20 | 22 | 18 | 12 | | | |
| | 3 | 16 | 15 | 14 | 14 | 18 | 22 | 18 | 23 | 25 | 13 | 2 | | |
| JMW | 1 | 8 | 6 | 13 | 11 | 18 | 17 | 17 | 17 | 21 | 6 | | M/M+ | 0.5 |
| | 2 | 2 | 2 | 4 | 6 | 17 | 16 | 13 | 13 | 15 | 1 | | | |
| | 3 | 5 | 1 | 2 | 6 | 17 | 13 | 12 | 15 | 20 | 3 | 8 | | |
| Mean | | 5.4 | 4.6 | 6.8 | 10.2 | 17.5 | 19.5 | 17.4 | 17.4 | 18.0 | 4.6 | 2.6 | | 4.1 |
| sd(30) | | 4.0 | 4.2 | 4.9 | 6.2 | 4.4 | 5.6 | 5.3 | 6.3 | 6.6 | 3.9 | ---- | | ---- |
| sd(10) | | | | | | | | | | | | 2.1 | | 5.7 |
| Q-Value | | 13.5 | 4.8 | 0.2 | -2.3 | 7.5 | | 6.6 | | 5.9 | | | | |
| NRR | (2sd) = | | -0.7 | (1sd) = | | 4.8 | (0sd) = | | 10.1 | | | NRR* - Individual 2sd NRR | | |

1

# EXHIBIT 2

## NRR Calculation Omitting GWG and TRS Results

### (Using the Methodology Provided in 40 C.F.R. § 211.207 Figure 2)

| Octave band center frequency (Hz): | 125 | 250 | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | 8000 |
|---|---|---|---|---|---|---|---|---|---|
| 1. Assumed Pinknoise (dB): | 100 | 100 | 100 | 100 | 100 | …… | 100 | …… | 100 |
| 2. "C" weighting corrections (dB): | -.2 | 0 | 0 | 0 | -.2 | …… | -.8 | …… | -3.0 |
| 3. Unprotected ear "C"-weighted level (dB) (The seven logarithmically added "C" weighted sound pressure levels of Step 3 = 107.9 dB) | 99.8 | 100 | 100 | 100 | 99.8 | …… | 99.2 | …… | 97.0 |
| 4. "A" weighting corrections (dB) | -16.1 | -8.6 | -3.2 | 0 | +1.2 | …… | +1.0 | …… | -1.1 |
| 5. Unprotected ear "A" weighted Level (Step 1 – Step 4) (dB) | 83.9 | 91.4 | 96.8 | 100 | 101.2 | …… | 101 | …… | 98.9 |
| 6. Average attenuation in dB at frequency | 5.4 | 4.6 | 6.8 | 10.2 | 17.5 | …… | 17.4 | …… | 18.0 |
| 7. Standard deviation in dB at frequency | 4.0 | 4.2 | 4.9 | 6.2 | 4.4 | ….. | 5.3 | …… | 6.6 |
| | x 2 | x 2 | x 2 | x 2 | x 2 | …… | x 2 | …… | x 2 |
| | 8.0 | 8.4 | 9.8 | 12.4 | 8.8 | …… | 10.6 | …… | 13.2 |
| 8. Step 5 – (Step 6 – Step 7) develops the protected ear "A" weighted levels (dB). (The seven logarithmically added "A" weighted sound pressure levels of Step 8 using this sample data = 105.6 dB) | 87.7 | 95.2 | 99.8 | 102.2 | 92.5 | …… | 94.2 | …… | 94.1 |

9. NRR = Step 3 – Step 8 – 3dB
   = 107.9dB – 105.6 dB – 3 dB* = -0.7 dB (or -1) (Round values ending in .5 to next lower whole number).

* Spectral uncertainty (as defined in Sec. 211.203)

1