# **EXHIBIT C**

## Janice Coleman [JColeman@AbilityOne.gov]

**From:** Jill Burt - QSDLBAA <jill.burt@gsa.gov>
**Sent:** Thursday, March 21, 2013 8:03 AM
**To:** Brown,David/Products
**Subject:** Re: Ear Plugs

Hello David,

These are not items we manage and therefore I have no knowledge of what you are asking. If DLA manages an item then the customers would purchase these items through them. Sorry I can't help you.

Thank you,

Jill Burt, C.I.M.S
Supervisor Inventory Management Specialist
GSA Global Supply
Southwest Supply Operations Center
QSDLBAA
817-850-8247 phone
817-574-2553 fax



On Wed, Mar 20, 2013 at 9:56 AM, Brown,David/Products <dbrown@nish.org> wrote:

Hi Jill,
Per my voicemail message, below are the NSNs, which I'm referencing.

6515015768796
6525015768837
6515015768861
6515015768869
6515014662710

These are currently managed by DLA and each are C-List items for AbilityOne. Our goal is to obtain sponsorship from DLA/GSA for A-List consideration towards broader government requirements. But, I would like to know if these items (above) or similar have been purchased by GSA within the last 12 months? If so, please name the contractors, quantities sold, and current price for each.

Thank you,

David Brown
571-251-8451 mobile

Sent from my Samsung Epic™ 4G Touch

1

This message contains information that may be privileged or confidential and is the property of NISH. It is intended only for the person to whom it is addressed. If you are not the intended recipient, you are not authorized to read, print, retain, copy, disseminate, distribute, or use this message or any part thereof. If you receive this message in error, please notify the sender immediately and delete all copies of this message.

```
         RE ImpactAnalysisRequest Submission Clarification - Transaction ID 18340.txt
From:     Blake, Stephanie/Products <sblake@nish.org>
Sent:     Monday, May 13, 2013 1:17 PM
To:       Janet Yandik [JYandik@AbilityOne.gov]
Cc:       Roland, Kimberly/Products
Subject:         RE: ImpactAnalysisRequest Submission Clarification - Transaction ID:
18340
```

Sure will...thanks.

From: Yandik, Janet/Staff-CPPBSD
Sent: Monday, May 13, 2013 1:12 PM
To: Blake, Stephanie/Products
Cc: Roland, Kimberly/Products
Subject: ImpactAnalysisRequest Submission Clarification - Transaction ID: 18340

Hi Steph,
The CA Code you submitted belongs to Clothing & Textile.   I think that the CA Code should be
97ASSPM2DS.   (SPM2DS is under Medical.)   Could you check with the contracting office?
Janet

Janet Yandik,  staff
Business Operations, Pricing and Information Management
U.S. AbilityOne Commission
1401 South Clark Street, Suite 10800
Arlington, VA 22202-4149
p: 703-603-2147- f: 703-603-0655
email: jyandik@abilityone.gov - web:    http://www.abilityone.gov/


This message contains information that may be privileged or confidential and is the property of the U.S. AbilityOne
Commission™, an agency of the Federal Government. It is intended only for the person to whom it is addressed


This message contains information that may be privileged or confidential and
is the property of NISH. It is intended only for the person to whom it is addressed.
If you are not the intended recipient, you are not authorized to read, print, retain,
copy, disseminate, distribute, or use this message or any part thereof. If you receive
this message in error, please notify the sender immediately and delete all copies of this message.

## Janice Coleman [JColeman@AbilityOne.gov]

**From:** Yandik, Janet/Staff-CPPBSD
**Sent:** Thursday, May 16, 2013 9:02 AM
**To:** Blake, Stephanie/Products
**Cc:** Roland, Kimberly/Products
**Subject:** RE: ImpactAnalysisRequest Submission Clarification - Transaction ID: 18340

Hi Steph,

Thank you for the information on the CA Codes for DLA TS Medical Directorate.   Please resubmit your request for impact.

Regarding your question, I don't see the relevance.  A request for impact is the first transaction as part of the addition process (unless the addition has a predetermined RID).   See the Add Products Manual (USOP3-0025 Version A), Page 24, Item 1, CA (Contracting Activity) Code.

For existing NSNs, there are many that *should* have their CA Codes changed to the correct code. I don't know how we can get the "bandwidth" to make that happen.  For new items though, there is no reason for them to not come in with the correct (or good as possible) CA codes.


Janet

---

**From:** Blake, Stephanie/Products [mailto:sblake@nish.org]
**Sent:** Thursday, May 16, 2013 8:41 AM
**To:** Janet Yandik [JYandik@AbilityOne.gov]
**Cc:** Roland, Kimberly/Products
**Subject:** RE: ImpactAnalysisRequest Submission Clarification - Transaction ID: 18340

Hi Janet,

DLATS has confirmed the CA code (see attached). I did want to follow-up with you on the highlighted question below though.

Thanks,
Steph

---

**From:** Blake, Stephanie/Products
**Sent:** Wednesday, May 15, 2013 8:06 AM
**To:** Yandik, Janet/Staff-CPPBSD
**Cc:** Roland, Kimberly/Products
**Subject:** RE: ImpactAnalysisRequest Submission Clarification - Transaction ID: 18340

Hi Janet,

I wanted to let you know that I am still waiting on confirmation from DLA. I did touch bases with Cassandra Manning on which CA code she has used in the past. She has submitted many price change and PL update transactions for DLATS Medical and has used 97ASSP0100. I understand that there might have been previous guidance to use that Code for all DLATS packages. Has this changed?

1

Thanks,
Steph

---

**From:** Yandik, Janet/Staff-CPPBSD
**Sent:** Monday, May 13, 2013 1:12 PM
**To:** Blake, Stephanie/Products
**Cc:** Roland, Kimberly/Products
**Subject:** ImpactAnalysisRequest Submission Clarification - Transaction ID: 18340

Hi Steph,

The CA Code you submitted belongs to Clothing & Textile. I think that the CA Code should be 97ASSPM2DS. (SPM2DS is under Medical.) Could you check with the contracting office?

Janet

**Janet Yandik,** staff
Business Operations, Pricing and Information Management
U.S. AbilityOne Commission
1401 South Clark Street, Suite 10800
Arlington, VA 22202-4149
p: 703-603-2147- f: 703-603-0655
email: jyandik@abilityone.gov - Web:   http://www.abilityone.gov/



This message contains information that may be privileged or confidential and is the property of the U.S. AbilityOne Commission™, an agency of the Federal Government. It is intended only for the person to whom it is addressed

## Janice Coleman [JColeman@AbilityOne.gov]

**From:** Michael Jurkowski [MJurkowski@AbilityOne.gov]
**Sent:** Wednesday, May 22, 2013 2:04 PM
**To:** 'sblake@nish.org'
**Cc:** 'kroland@nish.org'
**Subject:** ImpactAnalysisRequest Submission Clarification - Transaction ID: 18430

The Commission staff needs clarification to process the package submitted.

Transaction ID: 18430
Package Type: ImpactAnalysisRequest
Submitted: 5/22/2013

Please indicate the next transaction version is a resubmission. Use the Transaction ID identified above as the Old Transaction ID.

Steph,

I am in receipt of the RID identified above requesting an impact analysis for Co-Branded Ear Plugs and Skull Screws

The following problems have been identified.

1. The NAICS code listed in the Exec Summary is not valid, as the NAICS code is a six digit number, not five. I need one more digit.
2. I'm confused by the algorithm that shows the items you will claim as ETS. Compounding this is a 50+ page pdf that shows various plugs but I do not see all of these in the algorithm. Give me a call on this when you get a chance.

I will reject this RID upon release of this email. Please repair the problem(s) and resubmit.

Thanks,

**Mike Jurkowski, Business Management Specialist**
Business Operations
U.S. AbilityOne Commission
1401 S. Clark St., Suite 10080
Arlington, VA 22202
p: 703-603-2117 - f: 703-603-0655
email: mjurkowksi@abilityone.gov - Web: www.abilityone.gov



This message contains information that may be privileged or confidential and is the property of the U.S. AbilityOne Commission™, an agency of the Federal Government. It is intended only for the person to whom it is addressed. If you are not the intended recipient, you are not authorized to read, print, retain, copy, disseminate, distribute, or use this message or any part thereof. If you receive this message in error, please notify the sender immediately and delete all copies of this message.

## Janice Coleman [JColeman@AbilityOne.gov]

**From:** Blake, Stephanie/Products <sblake@nish.org>
**Sent:** Wednesday, June 05, 2013 3:20 PM
**To:** Michael Jurkowski [MJurkowski@AbilityOne.gov]
**Subject:** Ear Plug ETS Review

Hi Mike,

I received your voicemail (thanks for letting me know that I forgot to change my message).

We do not have a written summary of how we determined ETS. What the CRP did was identify P/Ns out there in the same product group and then compared the product information for those against the PL products. I do have the product information for the commercial products and the product information for the PL products if you would like that. If it would be easier for you, I can create a table that captures and compares the products' information for you. Although that may take me a day or two—please advise.

**Steph Blake | Manager, NISH Products Contract Management Team**
**nish** Products
8401 Old Courthouse Road | Vienna, VA | 22182
o: (571) 226-4620



This message contains information that may be privileged or confidential and
is the property of NISH. It is intended only for the person to whom it is addressed.
If you are not the intended recipient, you are not authorized to read, print, retain,
copy, disseminate, distribute, or use this message or any part thereof. If you receive
this message in error, please notify the sender immediately and delete all
copies of this message.

## Janice Coleman [JColeman@AbilityOne.gov]

**From:** Blake, Stephanie/Products <sblake@nish.org>
**Sent:** Friday, June 07, 2013 8:00 AM
**To:** Michael Jurkowski [MJurkowski@AbilityOne.gov]
**Subject:** RE: Ear Plug ETS Review

Hi Mike,

I just wanted to let you know that New Dynamics is pulling the ETS info together for you. They have it in multiple docs so are pulling it into one easy reference for you. I should have it by 6/12.

Steph

---

**From:** Michael Jurkowski [MJurkowski@AbilityOne.gov] [mailto:mjurkowski@AbilityOne.gov]
**Sent:** Thursday, June 06, 2013 8:17 AM
**To:** Blake, Stephanie/Products
**Subject:** RE: Ear Plug ETS Review

You can submit now.

---

**From:** Blake, Stephanie/Products [mailto:sblake@nish.org]
**Sent:** Thursday, June 06, 2013 8:17 AM
**To:** Michael Jurkowski [MJurkowski@AbilityOne.gov]
**Subject:** RE: Ear Plug ETS Review

Mike,

Coincidentally, I have a meeting with New Dynamics this p.m. so will ask them for the ETS review summary.

Rodger that on the RID. Can I go ahead and submit the 2nd RID now or should I hold until the FBO has been amended?

Steph

---

**From:** Michael Jurkowski [MJurkowski@AbilityOne.gov] [mailto:mjurkowski@AbilityOne.gov]
**Sent:** Wednesday, June 05, 2013 3:27 PM
**To:** Blake, Stephanie/Products
**Cc:** Lineback, Barry/Staff-CPPBSD; Lockard, Dennis/Staff-CPPBSD
**Subject:** RE: Ear Plug ETS Review

Steph,

Thank you for your reply, much appreciated.

I already have the product information you are referring to, as I assume it is one and the same as what was submitted in the first RID submission. For Barry & Dennis, I have attached that to this reply.

I do not want you to create a document to capture the analysis but rather, I would like you to ask New Dynamics for the same. I would hope they have the analysis in writing. Let me know, either way.

1

Also, I will be amending the existing FBO Notice to remove the new plug and will need you to submit a new RID for that item.

Thanks,
Mike

---

**From:** Blake, Stephanie/Products [mailto:sblake@nish.org]
**Sent:** Wednesday, June 05, 2013 3:20 PM
**To:** Michael Jurkowski [MJurkowski@AbilityOne.gov]
**Subject:** Ear Plug ETS Review

Hi Mike,

I received your voicemail (thanks for letting me know that I forgot to change my message).

We do not have a written summary of how we determined ETS. What the CRP did was identify P/Ns out there in the same product group and then compared the product information for those against the PL products. I do have the product information for the commercial products and the product information for the PL products if you would like that. If it would be easier for you, I can create a table that captures and compares the products' information for you. Although that may take me a day or two—please advise.

**Steph Blake | Manager, NISH Products Contract Management Team**
**nish** Products
8401 Old Courthouse Road | Vienna, VA | 22182
o: (571) 226-4620



This message contains information that may be privileged or confidential and
is the property of NISH. It is intended only for the person to whom it is addressed.
If you are not the intended recipient, you are not authorized to read, print, retain,
copy, disseminate, distribute, or use this message or any part thereof. If you receive
this message in error, please notify the sender immediately and delete all
copies of this message.


This message contains information that may be privileged or confidential and
is the property of NISH. It is intended only for the person to whom it is addressed.
If you are not the intended recipient, you are not authorized to read, print, retain,
copy, disseminate, distribute, or use this message or any part thereof. If you receive
this message in error, please notify the sender immediately and delete all
copies of this message.


This message contains information that may be privileged or confidential and
is the property of NISH. It is intended only for the person to whom it is addressed.
If you are not the intended recipient, you are not authorized to read, print, retain,
copy, disseminate, distribute, or use this message or any part thereof. If you receive
this message in error, please notify the sender immediately and delete all
copies of this message.

# Janice Coleman [JColeman@AbilityOne.gov]

| | |
|---|---|
| **From:** | Michael Jurkowski [MJurkowski@AbilityOne.gov] |
| **Sent:** | Wednesday, June 12, 2013 1:43 PM |
| **To:** | Blake, Stephanie/Products (sblake@nish.org) |
| **Cc:** | Barry Lineback [BLineback@AbilityOne.gov]; Dennis Lockard [DLockard@AbilityOne.gov]; Kimberly Zeich [KZeich@AbilityOne.gov] |
| **Subject:** | Impact Analysis for Ear Plugs & Skull Screws |

Steph,

I am writing this afternoon to let you know that we have cancelled the FBO Notice for information for impact analysis for the upgrade of the Ear Plugs & Skull Screws from A-List to B-List.

There are two issues.

1. The claims for the ETS items have been called into question by industry and, in further conversations with the Army organization responsible for hearing protection, they confirmed that the items are not, in fact, ETS.
2. Our senior and executive staffs have determined to review the A, B, C-List definitions and policy as currently, as the rules are written and disclosed to the public, we are not in a favorable position to permit List upgrades for the purpose of capturing the Broad or Total Government Requirement for any item that is currently C-List for the requirements of DoD.

This action is therefore, under review.

I do not know how long the review will take nor would I be able to speculate on any potential outcome.

Based on this determination, I will withdraw the current RID as well as reject the new RID for the new ear plug. Once this issue is settled, and if it is appropriate, I can "resurrect" the existing RID and have you resubmit the RID for the new plug.

Please feel free to call if you have any questions.

Thanks,

**Mike Jurkowski, Business Management Specialist**
Business Operations
U.S. AbilityOne Commission
1401 S. Clark Street, Suite 10800
Arlington, VA 22202-3259
p: 703-603-2117 - f: 703-603-0655
email: mjurkowksi@abilityone.gov - Web: www.abilityone.gov



This message contains information that may be privileged or confidential and is the property of the U.S. AbilityOne Commission™, an agency of the Federal Government. It is intended only for the person to whom it is addressed. If you are not the intended recipient, you are not authorized to read, print, retain, copy, disseminate, distribute, or use this message or any part thereof. If you receive this message in error, please notify the sender immediately and delete all copies of this message.

## Michael Jurkowski [MJurkowski@AbilityOne.gov]

| | |
|---|---|
| **From:** | Michael Jurkowski [MJurkowski@AbilityOne.gov] |
| **Sent:** | Wednesday, June 26, 2013 1:44 PM |
| **To:** | 'Blake, Stephanie/Products' |
| **Subject:** | RE: Impact Analysis for Ear Plugs & Skull Screws |

Steph,

Dennis Lockard, our General Counsel, had the conversation with the Army but has declined to identify the Army personnel he talked with, as his conversation was government-to-government.

Thanks,
Mike

---

**From:** Blake, Stephanie/Products [mailto:sblake@nish.org]
**Sent:** Tuesday, June 25, 2013 6:41 AM
**To:** Michael Jurkowski [MJurkowski@AbilityOne.gov]
**Subject:** RE: Impact Analysis for Ear Plugs & Skull Screws

Hi Mike,

I broke the news to New Dynamics last week. They did inquire with whom the Commission staff spoke with at the Army regarding its ETS determination. Could you provide that info along with whom from the Commission completed that follow-up?

Many thanks,
Steph

---

**From:** Michael Jurkowski [MJurkowski@AbilityOne.gov] [mailto:mjurkowski@AbilityOne.gov]
**Sent:** Wednesday, June 12, 2013 1:43 PM
**To:** Blake, Stephanie/Products
**Cc:** Lineback, Barry/Staff-CPPBSD; Lockard, Dennis/Staff-CPPBSD; Kimberly Zeich [KZeich@AbilityOne.gov]
**Subject:** Impact Analysis for Ear Plugs & Skull Screws

Steph,

I am writing this afternoon to let you know that we have cancelled the FBO Notice for information for impact analysis for the upgrade of the Ear Plugs & Skull Screws from A-List to B-List.

There are two issues.

1. The claims for the ETS items have been called into question by industry and, in further conversations with the Army organization responsible for hearing protection, they confirmed that the items are not, in fact, ETS.
2. Our senior and executive staffs have determined to review the A, B, C-List definitions and policy as currently, as the rules are written and disclosed to the public, we are not in a favorable position to permit List upgrades for the purpose of capturing the Broad or Total Government Requirement for any item that is currently C-List for the requirements of DoD.

This action is therefore, under review.

1

I do not know how long the review will take nor would I be able to speculate on any potential outcome.

Based on this determination, I will withdraw the current RID as well as reject the new RID for the new ear plug. Once this issue is settled, and if it is appropriate, I can "resurrect" the existing RID and have you resubmit the RID for the new plug.

Please feel free to call if you have any questions.

Thanks,

**Mike Jurkowski, Business Management Specialist**
Business Operations
U.S. AbilityOne Commission
1401 S. Clark Street, Suite 10800
Arlington, VA 22202-3259
p: 703-603-2117 - f: 703-603-0655
email: mjurkowksi@abilityone.gov - Web: www.abilityone.gov



This message contains information that may be privileged or confidential and is the property of the U.S. AbilityOne Commission™, an agency of the Federal Government. It is intended only for the person to whom it is addressed. If you are not the intended recipient, you are not authorized to read, print, retain, copy, disseminate, distribute, or use this message or any part thereof. If you receive this message in error, please notify the sender immediately and delete all copies of this message.


This message contains information that may be privileged or confidential and
is the property of NISH. It is intended only for the person to whom it is addressed.
If you are not the intended recipient, you are not authorized to read, print, retain,
copy, disseminate, distribute, or use this message or any part thereof. If you receive
this message in error, please notify the sender immediately and delete all
copies of this message.

2