# EXHIBIT D




# Mandatory Source Requirement





**December 2011**



# Statutory/ Regulatory Framework

- Javits-Wagner-O'Day Act, 41 U.S.C. Chapter 85

- Committee Regulations - 41 CFR Chapter 51

- FAR Subpart 8.7 – Acquisition from Nonprofit Agencies Employing People Who Are Blind or Severely Disabled

- FAR 6.302-5, Authorized or Required by Statute

- DFARS Subpart 208.7, Acquisition from Nonprofit Agencies Employing People Who are Blind or Severely Disabled

- DFARS Procedures, Guidance, and Information (PGI), 207.105, Contents of written acquisition plans

- OMB Circular A-122, Cost Principles for Non-Profit Organizations






# What is the Mandatory Source Requirement?

- AbilityOne is the **required source** for products and services on the Procurement List
- Federal customer is **required to buy** AbilityOne products and cannot purchase commercial equivalents determined Essentially the Same (ETS)
- A product is determined ETS to an AbilityOne product if the two products have the same:
  - Form - appearance, shape, design, color, texture, quality, features
  - Fit - size or dimensional characteristics
  - Function – purpose
- The AbilityOne Commission designates commercial products as ETS to AbilityOne products






# What is the Legal Basis for the Mandatory Source Requirement?

## Javits-Wagner-O'Day Act

- Requires Government to purchase products and services on the Procurement List
- Establishes the AbilityOne Program
- Defines roles and responsibilities of U.S. AbilityOne Commission including:
  - AbilityOne Program regulations and policy
  - Maintaining Federal Procurement List
    - Procurement List (www.abilityone.gov)
  - Determining Fair Market Price (FMP) for products and services







# What is the Regulatory Framework?

- **FAR Subpart 8.7: Acquisitions from NPAs . . .**
  - Implements JWOD Act and Commission rules
  - At prices established by the Commission
  - From AbilityOne participating nonprofit agencies

- **41 CFR 51-6**: Procurement Procedures
  - Specification changes
  - Variations of products on the Procurement List
  - Replacement products






# Enforcing the Mandatory Source Requirement

# The mandatory source requirement is met by:

1. Purchasing mandatory AbilityOne products; become familiar with the Procurement List at www.abilityone.gov

2. Not purchasing products similar to AbilityOne products when such commercial products are offered by vendors

3. Ensuring language that requires the purchase of AbilityOne products is included in all bids and solicitations

4. Ensuring authorized distributors do not market and sell essentially the same (ETS) products







---



# Enforcing the Mandatory Source Requirement

- How to Purchase the mandatory AbilityOne products:

  1. Visit the mandatory Procurement List at http://www.abilityone.gov/procurement_list/index.html

  2. By national stock number or description, search for the product or equivalent products made by the Program for purchase.

  3. Contact NIB or NISH for any questions concerning who manufactures a product or capabilities.




# This is where you find the Procurement List








# Where to Buy AbilityOne Products

- GSA Global Supply – www.GSAglobalsupply.gsa.gov
- GSA Advantage!® – www.gsaadvantage.gov
- DoD EMALL – www.emall.dla.mil
- Base Supply Centers – Over 140 Federal locations
- Multiple Award Schedule Holders - Authorized AbilityOne Distributors
- Official on-line store – www.abilityone.com






# What Steps Can be Taken to Ensure Compliance with the Mandatory Source Requirements?

1. Conduct semi-annual training for all contracting officers and specialists on the mandatory source requirements of the AbilityOne Program.

2. Mandate annual training to senior procurement officials on the mandatory source requirements of the AbilityOne Program within each Federal agency.

3. Mandate purchasing "mandatory" by purchasing and/or soliciting AbilityOne products only.

4. Request training and education seminars.


