# EXHIBIT E



NSN NUMBERS:
Small (O.D. Green): 6515-01-576-8837
Regular (Desert Tan): 6515-01-576-8861
Large (Coyote Brown): 6515-01-576-8869

Combat Arms™ Earplugs are designed to meet the demanding hearing protection needs of the armed forces. In the Open/Weapons Fire mode, they allow situational awareness yet protect against dangerous peak levels with a filter element that reacts instantaneously to provide increased protection. In the Closed/Constant Protection mode, they protect against high-level steady noises like those in tracked vehicles. This version of the Combat Arms utilizes a new finger-touch rocker cover that can be operated while the earplug is in the ear.

### TIP SIZES
Choose smallest earplug tip size that provides good seal and secure fit, but large enough that at least one flange seals earcanal at earcanal entrance.



LARGE    REGULAR    SMALL

### INSTRUCTIONS FOR USE:
1. Set the rocker cover for type of protection needed.
   A. For weapon noise protection and best hearing, press rocker cover open (tilted back). This is called the Open/Weapons Fire mode (see Figure A.)
   
   NOTE: Although still protective, weapons fire is louder in the Open/Weapons Fire mode than the Closed/Constant Protection mode.
   
   B. For steady noise protection from aircraft, vehicles, watercraft, generators, etc., press rocker cover shut (flat). This is called the Closed/Constant Protection mode (see Figure B.) Notice that high-frequency sounds are quieter in this mode.

2. Grasp earplug by rocker cover housing and insert into the earcanal. Adjust for best sealing performance. For best fit, pull on outer ear during insertion (see Figure C).

⚠ **CAUTION**:
Remove slowly with twisting motion to gradually break the seal. Rapid removal may damage ear.

⚠ **CAUTION**:
Using plug in Open/Weapons Fire mode during continuous hazardous noise can result in under protection and hearing loss.

⚠ **CAUTION**:
Improper use of this device will reduce its effectiveness in attenuating noise. Consult the enclosed instructions for proper fit. Earplugs must be worn at all times in noisy surroundings for proper protection.

### TIPS:
- Choose smallest earplug tip size that provides good seal and secure fit, but large enough that at least one flange seals earcanal at earcanal entrance
- Check proper fit by gently tugging on earplugs for tension
- Keep earplugs clean with soap and water and any openings free of earwax and other debris
- Return dry earplugs to carrying case
- Examine for tears or cracks in flanges or body of plug and replace as necessary

**A.** OPEN/WEAPONS FIRE MODE TO ALLOW SOUND

**B.** CLOSED/CONSTANT PROTECTION MODE TO BLOCK SOUND

**C.**





**EXPLANATION OF THE HEAR-THROUGH™ PROTECTION**

If the rocker cover is in Open/Weapons Fire mode, sound travels into the earplug and down the sound channel to the special filter. The filter allows lower-level sounds to pass with limited interruption but high-level impulsive noises are restricted. The more intense the impulse, the more it is limited.

The EPA has selected the NRR as the measure of a hearing protector's noise reducing capabilities. 3M makes no warranties as to the suitability of the NRR as a measure of actual workplace protection since such protection is highly dependent on user training, motivation and utilization. A better estimate of workplace protection can be obtained by reducing the labeled NRR of this, or any other hearing protector, by 50%.

**ATTENUATION DATA (ANSI S3.19-1974)**

Combat Arms - Open/Weapons Fire mode

| Frequency (Hz) | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | NRR | CSA CLASS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean (dB) | 4.1 | 4.5 | 11.0 | 18.7 | 24.9 | 29.8 | 25.8 | 18.7 | 26.5 | 7 | C |
| SD (dB) | 2.7 | 2.8 | 3.9 | 3.2 | 3.3 | 2.7 | 3.3 | 3.6 | 3.3 | | |

Combat Arms - Closed/Constant Protection mode

| Frequency (Hz) | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | NRR | CSA CLASS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mean (dB) | 30.3 | 28.7 | 32.2 | 31.9 | 31.7 | 38.0 | 35.1 | 31.9 | 37.8 | 23 | BL |
| SD (dB) | 3.4 | 3.9 | 3.4 | 3.8 | 3.0 | 4.4 | 4.8 | 5.4 | 4.3 | | |

For noise environments dominated by frequencies below 500 Hz, the C-weighted environmental noise level should be used. The NRR used in the example was achieved under laboratory conditions.

The level of noise entering a person's ear when a hearing protector is worn as directed is closely approximated by the difference between the A-weighted environmental noise level and the NRR.

Example:
1. The environment noise level as measured at the ear is 92 dBA.
2. The NRR is 23 decibels (dB).
3. The level of noise entering the ear is approximately equal to 69 dBA.

 **CAUTION**:
Although hearing protectors can be recommended for protection against the harmful effects of impulse noise, the Noise Reduction Rating (NRR) is based on the attenuation of continuous noise and may not be an accurate indicator of the protection attainable against impulse noise such as gunfire. (Wording required by EPA.)

**3M**

**3M Occupational Health and Environmental Safety Division**
3M Center
St. Paul, MN 55144-1000
www.3M.com/OccSafety
Technical Assistance: 1-800-243-4630

**3M Canada**
P.O. Box 5757
London, Ontario N6A 4T1
Canada
www.3M.ca/safety
Technical Assistance: 1-800-267-4414

© 3M 2009. All rights reserved. 3M, Combat Arms and Hear-Through are trademarks of 3M Company.
Patents 6,068,079 and 6,148,821.
Please recycle. Printed in USA.

318-01441   8/09

3M00001716