# EXHIBIT J

CASE 5:94-cv-01893-JNE-FLN Document 39 Filed 07/30/14 Page 2 of 47

Page 1 of 5

# E-A-RCAL ATTENUATION TEST REPORT
## PER ANSI S3.19-1974

NVLAP Lab
Code 100374-0

**DEVICE:**      **Combat Arms Plug**
**ARC Plug**

**DEVICE TYPE:**      **Premolded, Level-dependent Plug**

**MANUFACTURER:**      E-A-R/Aearo

**TEST DATE:**      **January 25, 2000**      **TEST ID#: 213016**

**SUBJECTS/SAMPLES:**      10/10      **NRR (per EPA-1979): -2.0**

**BAND FORCE (N):**      NA

**FITTING PROCEDURE:**      **EPA/Experimenter Fit**      **POSITION: NA**

| Test Frequency (Hz) | Mean Attenuation (dB) | Standard Deviation (dB) |
|---|---|---|
| 125 | 4.7 | 4.0 |
| 250 | 4.2 | 4.3 |
| 500 | 6.0 | 5.0 |
| 1000 | 9.5 | 6.7 |
| 2000 | 16.7 | 4.9 |
| 3150 | 18.6 | 5.7 |
| 4000 | 16.3 | 5.8 |
| 6300 | 16.7 | 6.1 |
| 8000 | 17.2 | 6.8 |

Performed by: *Ronald W. Kieper*      Reviewed by: *Elliott H. Berger*

Ronald W. Kieper
Sr. Acoustic Technician

Elliott H. Berger
Manager, Acoustical Engineering

**Comments:** See report #213017 for results of UltraFit end of plug.

This report pertains only to the samples and subjects tested. It may not be used to claim product endorsement by NVLAP, or any other agency of the U.S. Government.

**EXHIBIT A**

INDIVIDUAL SUBJECT DATA

Test ID: 213016     Device: Combat Arms Plug

Date: 1/25/00     Samples: 10     Position: NA     Comfort:     2.6

Comments:

| Subj. | Trial | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 | 125 Comf. | Canal Size | NRR* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KJC | 1 | 5 | 6 | 7 | 16 | 21 | 24 | 24 | 18 | 14 | 1 | S/S+ | 9.2 |
| | 2 | 5 | 6 | 9 | 16 | 21 | 22 | 22 | 14 | 13 | 3 | | |
| | 3 | 1 | 4 | 11 | 19 | 20 | 25 | 23 | 16 | 16 | 3 | 2 | |
| MKF | 1 | 2 | 3 | 11 | 18 | 22 | 28 | 26 | 16 | 17 | 3 | XS-/XS- | 10.4 |
| | 2 | 3 | 6 | 11 | 17 | 23 | 27 | 25 | 15 | 13 | 6 | | |
| | 3 | 3 | 7 | 13 | 16 | 22 | 32 | 25 | 18 | 12 | 1 | 4 | |
| GWG | 1 | -2 | 3 | 8 | 18 | 24 | 21 | 21 | 21 | 23 | 2 | M/M+ | -8.3 |
| | 2 | 0 | -1 | -2 | -1 | 9 | 12 | 7 | 14 | 10 | 1 | | |
| | 3 | 4 | -1 | 3 | 5 | 13 | 19 | 14 | 14 | 16 | 4 | 3 | |
| BAK | 1 | 3 | 6 | 4 | 11 | 17 | 18 | 21 | 25 | 26 | 4 | XL/XL | 2.6 |
| | 2 | 5 | 3 | 8 | 12 | 17 | 15 | 13 | 29 | 29 | 3 | | |
| | 3 | 9 | 4 | 0 | 8 | 15 | 20 | 18 | 28 | 32 | 6 | 2 | |
| RTM | 1 | 2 | -4 | 0 | 2 | 13 | 17 | 14 | 6 | 11 | 1 | L/M+ | -5.5 |
| | 2 | 3 | 2 | 6 | 5 | 14 | 13 | 14 | 12 | 10 | 3 | | |
| | 3 | 2 | -5 | -5 | -2 | 13 | 10 | 7 | 8 | 9 | 2 | 1 | |
| DLP | 1 | 4 | 5 | 9 | 10 | 21 | 22 | 19 | 15 | 17 | 5 | L+/L+ | 8.3 |
| | 2 | 7 | 7 | 12 | 15 | 21 | 21 | 20 | 22 | 27 | 8 | | |
| | 3 | 6 | 8 | 9 | 15 | 27 | 23 | 18 | 25 | 22 | 3 | 1 | |
| TLS | 1 | 3 | 3 | 2 | 1 | 11 | 12 | 12 | 11 | 12 | 1 | M+/M | -0.6 |
| | 2 | 8 | 4 | 5 | 3 | 14 | 14 | 12 | 21 | 20 | 6 | | |
| | 3 | 2 | 2 | 2 | 0 | 7 | 15 | 9 | 7 | 9 | 2 | 1 | |
| TRS | 1 | 4 | 11 | 8 | 17 | 15 | 14 | 17 | 17 | 22 | 2 | S/S | -7.9 |
| | 2 | 1 | 2 | -1 | 0 | 9 | 8 | 5 | 8 | 5 | -2 | | |
| | 3 | 4 | 0 | 2 | 3 | 10 | 14 | 8 | 9 | 10 | 2 | 2 | |
| MV | 1 | 13 | 11 | 9 | 14 | 17 | 19 | 16 | 21 | 23 | 15 | M/M+ | 7.9 |
| | 2 | 13 | 9 | 7 | 11 | 15 | 24 | 20 | 22 | 18 | 12 | | |
| | 3 | 16 | 15 | 14 | 14 | 18 | 22 | 18 | 23 | 25 | 13 | 2 | |
| JMW | 1 | 8 | 6 | 13 | 11 | 18 | 17 | 17 | 17 | 21 | 6 | M/M+ | 0.5 |
| | 2 | 2 | 2 | 4 | 6 | 17 | 16 | 13 | 13 | 15 | 1 | | |
| | 3 | 5 | 1 | 2 | 6 | 17 | 13 | 12 | 15 | 20 | 3 | 8 | |
| Mean | | 4.7 | 4.2 | 6.0 | 9.5 | 16.7 | 18.6 | 16.3 | 16.7 | 17.2 | 4.0 | 2.6 | 1.7 |
| sd(30) | | 4.0 | 4.3 | 5.0 | 6.7 | 4.9 | 5.7 | 5.8 | 6.1 | 6.8 | 3.8 | ---- | ---- |
| sd(10) | | 3.6 | 3.7 | 3.9 | 5.6 | 4.3 | 5.4 | 5.1 | 5.5 | 5.7 | | 2.1 | 7.2 |
| Q-Value | | 12.8 | 4.2 | -0.7 | -3.8 | 5.7 | | 4.9 | | 5.2 | | | |

NRR    (2sd) =     -2.0 (1sd) =     3.8   (0sd) =     9.4     NRR* - Individual 2sd NRR

DIXON'S OUTLIER TEST: EXTREME RANGES

Test ID: 213016          Device: Combat Arms Plug

Range in attenuation in dB across trials

| Subj. | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 |
|-------|-----|-----|-----|------|------|------|------|------|------|
| KJC | 4 | 2 | 4 | 3 | 1 | 3 | 2 | 4 | 3 |
| MKF | 1 | 4 | 2 | 2 | 1 | 5 | 1 | 3 | 5 |
| GWG | 6 | 4 | 10 | 19 | 15 | 9 | 14 | 7 | 13 |
| BAK | 6 | 3 | 8 | 4 | 2 | 5 | 8 | 4 | 6 |
| RTM | 1 | 7 | 11 | 7 | 1 | 7 | 7 | 6 | 2 |
| DLP | 3 | 3 | 3 | 5 | 6 | 2 | 2 | 10 | 10 |
| TLS | 6 | 2 | 3 | 3 | 7 | 3 | 3 | 14 | 11 |
| TRS | 3 | 11 | 9 | 17 | 6 | 6 | 12 | 9 | 17 |
| MV | 3 | 6 | 7 | 3 | 3 | 5 | 4 | 2 | 7 |
| JMW | 6 | 5 | 11 | 5 | 1 | 4 | 5 | 4 | 6 |
| Mean | 3.9 | 4.7 | 6.8 | 6.8 | 4.3 | 4.9 | 5.8 | 6.3 | 8.0 |
| Max. | 6 | 11 | 11 | 19 | 15 | 9 | 14 | 14 | 17 |
| r | 0.000 | 0.444 | 0.000 | 0.125 | 0.571 | 0.333 | 0.167 | 0.364 | 0.286 |

*1/3 Octave-Band Frequency*

Extreme value rejected if r > 0.477.   One-sided test of significance at p<0.05.
Rejected values are shaded.

DIXON'S OUTLIER TEST: EXTREME MEANS

Test ID: 213016          Device: Combat Arms Plug

Mean attenuation in dB across trials

| Subj. | 1/3 Octave-Band Frequency | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 125 | 250 | 500 | 1000 | 2000 | 3150 | 4000 | 6300 | 8000 |
| KJC | 3.7 | 5.3 | 9.0 | 17.0 | 20.7 | 23.7 | 23.0 | 16.0 | 14.3 |
| MKF | 2.7 | 5.3 | 11.7 | 17.0 | 22.3 | 29.0 | 25.3 | 16.3 | 14.0 |
| GWG | 0.7 | 0.3 | 3.0 | 7.3 | 15.3 | 17.3 | 14.0 | 16.3 | 16.3 |
| BAK | 5.7 | 4.3 | 4.0 | 10.3 | 16.3 | 17.7 | 17.3 | 27.3 | 29.0 |
| RTM | 2.3 | -2.3 | 0.3 | 1.7 | 13.3 | 13.3 | 11.7 | 8.7 | 10.0 |
| DLP | 5.7 | 6.7 | 10.0 | 13.3 | 23.0 | 22.0 | 19.0 | 20.7 | 22.0 |
| TLS | 4.3 | 3.0 | 3.0 | 1.3 | 10.7 | 13.7 | 11.0 | 13.0 | 13.7 |
| TRS | 3.0 | 4.3 | 3.0 | 6.7 | 11.3 | 12.0 | 10.0 | 11.3 | 12.3 |
| MV | 14.0 | 11.7 | 10.0 | 13.0 | 16.7 | 21.7 | 18.0 | 22.0 | 22.0 |
| JMW | 5.0 | 3.0 | 6.3 | 7.7 | 17.3 | 15.3 | 14.0 | 15.0 | 18.7 |
| Mean | 4.7 | 4.2 | 6.0 | 9.5 | 16.7 | 18.6 | 16.3 | 16.7 | 17.2 |
| Min. | 0.7 | -2.3 | 0.3 | 1.3 | 10.7 | 12.0 | 10.0 | 8.7 | 10.0 |
| Max. | 14.0 | 11.7 | 11.7 | 17.0 | 23.0 | 29.0 | 25.3 | 27.3 | 29.0 |
| Low r | 0.333 | 0.296 | 0.276 | 0.021 | 0.057 | 0.114 | 0.077 | 0.200 | 0.194 |
| High r | 0.714 | 0.441 | 0.192 | 0.000 | 0.057 | 0.340 | 0.163 | 0.333 | 0.420 |

Extreme value rejected if $r > 0.551$. Two-sided test of significance at $p<0.05$.
Rejected values are shaded.