# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Court File No.: 0:14:cv-01821-JNE-FLN

MOLDEX-METRIC, INC.,

**PLACEHOLDER FOR MEMORANDUM OF LAW IN SUPPORT OF MOLDEX'S MOTION TO AMEND ITS COMPLAINT TO CLAIM PUNITIVE DAMAGES**

Plaintiff,

v.

3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY,

Defendants.

This document is a placeholder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

*Memorandum in Support of Moldex's Motion to Amend Its Complaint to Claim Punitive Damages*

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_  Voluminous Document* (Document number of order granting leave to file conventionally: \_\_\_ )

\_\_\_  Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

\_\_\_  Physical Object (description):

\_\_\_  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_  Items Under Seal pursuant to a court order

___   Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1 (Document number of redacted version: ( ) )

___   Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).