# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MOLDEX-METRIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> 3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY, <br><br> Defendants. | Civil No. 14-cv-01821 (JNE/LFN) <br><br> **DECLARATION OF KATHERINE A. MOERKE IN SUPPORT OF MOLDEX'S MOTION TO AMEND ITS COMPLAINT TO CLAIM PUNITIVE DAMAGES** |

I, Katherine A. Moerke, declare as follows:

1. I am an attorney admitted to practice in the District of Minnesota and am one of the attorneys representing Plaintiff Moldex-Metric, Inc., in this matter.

2. Attached as Exhibit 1 is a true and correct copy of Moldex's redlined proposed Amended Complaint.

3. Attached as Exhibit 2 is a true and correct copy of an email exchange between counsel for Moldex and 3M regarding Moldex's proposed Amended Complaint, dated June 23-26, 2015.

4. Attached as Exhibit 3 is a true and correct copy of pages 1-3 of Moldex's Answer in 3M's prior patent lawsuit against Moldex (12-cv-00611), dated April 27, 2012.

107755275v1

2

5. Attached as Exhibit 4 is a true and correct copy of a document produced by 3M in 3M's prior patent lawsuit against Moldex with production numbers 3M00076142-43.  (filed under seal)

6. Attached as Exhibit 5 is a true and correct copy of a document produced by 3M in 3M's prior patent lawsuit against Moldex with production number 3M00075927. (filed under seal)


Dated:  July 1, 2015                            By:   s/Katherine A. Moerke
                                                      Katherine A. Moerke

107755275v1