# EXHIBIT 2

# Moerke, Katie

| | |
|---|---|
| **From:** | Hunter, Eileen M. <Eileen.Hunter@FaegreBD.com> |
| **Sent:** | Friday, June 26, 2015 3:26 PM |
| **To:** | Conneely, Kevin; Moerke, Katie |
| **Cc:** | Harold Barza; Matt Hosen; Bepko, Arminda B.; Friedman, Lawrence B.; Brannon, Leah |
| **Subject:** | RE: Moldex Metric, Inc. v. 3M Company - motion to amend |

Kevin,

We've looked at Moldex's proposed amendments and considered the applicable standard and do not believe that Moldex has met it.

I'm available to call the Court through 4:15 today.

Regards,

Eileen

**Eileen M. Hunter**
*Partner*
eileen.hunter@FaegreBD.com   Download vCard
D: +1 612 766 6907 | M: +1 651 208 5789

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402-3901, USA

---

**From:** Conneely, Kevin [mailto:kevin.conneely@stinsonleonard.com]
**Sent:** Friday, June 26, 2015 2:28 PM
**To:** Hunter, Eileen M.; Moerke, Katie
**Cc:** Harold Barza; Matt Hosen; Bepko, Arminda B.; Friedman, Lawrence B.; Brannon, Leah
**Subject:** RE: Moldex Metric, Inc. v. 3M Company - motion to amend

Ms. Hunter,

Katie Moerke is out of the office today, but I am prepared to call the court with you. Are you free this afternoon?

Also, We want to fully comply with our Rule 7.1 "meet and confer" obligations. having sent you the proposed amendment to the Complaint can you please tell us on which grounds (timing, prejudice, futility, etc.) 3M objects to this motion to amend? Doing so will help us to focus our briefing to the court.

KDC


**Kevin D. Conneely** | Partner | Stinson Leonard Street LLP
150 South Fifth Street, Suite 2300 | Minneapolis, MN 55402
T: 612.335.1829 | M: 612.590.1004 | F: 612.335.1657
kevin.conneely@stinsonleonard.com | www.stinsonleonard.com

---

**From:** Hunter, Eileen M. [mailto:Eileen.Hunter@FaegreBD.com]
**Sent:** Friday, June 26, 2015 2:03 PM

1

**To:** Moerke, Katie
**Cc:** Harold Barza; Conneely, Kevin; Matt Hosen; Bepko, Arminda B.; Friedman, Lawrence B.; Brannon, Leah
**Subject:** RE: Moldex Metric, Inc. v. 3M Company - motion to amend

Katie,

Thanks for the email below. 3M is not willing to consent to the amendment.

Please include me on any call you make to the Court to schedule a hearing.

Regards,

Eileen


Eileen M. Hunter
*Partner*
eileen.hunter@FaegreBD.com   Download vCard
D: +1 612 766 6907 | M: +1 651 208 5789

**Faegre Baker Daniels LLP**
2200 Wells Fargo Center | 90 South Seventh Street | Minneapolis, MN 55402-3901, USA

---

**From:** Moerke, Katie [mailto:katie.moerke@stinsonleonard.com]
**Sent:** Thursday, June 25, 2015 9:35 AM
**To:** Friedman, Lawrence B.; Brannon, Leah; Bepko, Arminda B.; Hunter, Eileen M.
**Cc:** Harold Barza; Conneely, Kevin; Matt Hosen
**Subject:** RE: Moldex Metric, Inc. v. 3M Company - motion to amend

Larry,

Attached is Moldex's proposed amended complaint, which adds a claim for punitive damages with respect to Moldex's malicious prosecution claim.

Katie


**Katherine A. Moerke** | Partner | Stinson Leonard Street LLP
150 South Fifth Street, Suite 2300 | Minneapolis, MN 55402
T: 612.335.1421 | M: 612.968.5928 | F: 612.335.1657
katie.moerke@stinsonleonard.com | www.stinsonleonard.com
Legal Administrative Assistant: Rhonda Pearson | 612.335.1722 | rhonda.pearson@stinsonleonard.com

---

**From:** Friedman, Lawrence B. [mailto:lfriedman@cgsh.com]
**Sent:** Wednesday, June 24, 2015 4:44 PM
**To:** Moerke, Katie; Brannon, Leah; Bepko, Arminda B.; eileen.hunter@faegrebd.com
**Cc:** Harold Barza; Conneely, Kevin; Matt Hosen
**Subject:** RE: Moldex Metric, Inc. v. 3M Company - motion to amend

Katie, can you please send the proposed amendment to us for our review? We will then respond to your request that we consent to the proposal as promptly as we can do so.

Thanks.

2

Larry

Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton LLP
Assistant: pkhanna@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2840 | f: +1 212 225 3999
www.clearygottlieb.com | lfriedman@cgsh.com

**From:** Moerke, Katie [mailto:katie.moerke@stinsonleonard.com]
**Sent:** Tuesday, June 23, 2015 7:07 PM
**To:** Friedman, Lawrence B.; Brannon, Leah; Bepko, Arminda B.; eileen.hunter@faegrebd.com
**Cc:** Harold Barza; Conneely, Kevin; Matt Hosen
**Subject:** Moldex Metric, Inc. v. 3M Company - motion to amend

Counsel,

The Court's Scheduling Order sets a July 1, 2015, deadline for motions to amend. Doc. No. 70 at 1. Moldex seeks to amend its Complaint to add a claim for punitive damages under Moldex's malicious prosecution claim (i.e., Second Claim for Relief).

Will 3M consent to such an amendment? If not, please let us know when 3M would be available to meet and confer on Wednesday or Thursday of this week.

Thank you,
Katie


**Katherine A. Moerke** | Partner | Stinson Leonard Street LLP
150 South Fifth Street, Suite 2300 | Minneapolis, MN 55402
T: 612.335.1421 | M: 612.968.5928 | F: 612.335.1657
katie.moerke@stinsonleonard.com | www.stinsonleonard.com
Legal Administrative Assistant: Rhonda Pearson | 612.335.1722 | rhonda.pearson@stinsonleonard.com

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information. If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.
This message is being sent from a law firm and may contain confidential or privileged information. If you are not the
intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and
its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.