UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Moldex Metric, Inc.,

    Plaintiff,

v.                                                      Civil No. 14-1821 (JNE/FLN)
                                                        ORDER

3M Company and 3M Innovative Properties
Company,

    Defendants.

In an Order dated September 4, 2015, the Honorable Franklin L. Noel, United States Magistrate Judge, denied Plaintiff's motion to amend its complaint. Plaintiff objected, and Defendants responded. The Court has reviewed the record. Based on that review, the Court affirms the magistrate judge's Order because it is neither "clearly erroneous" nor "contrary to law." *See* 28 U.S.C. § 636(b)(1)(A) (2012); Fed. R. Civ. P. 72(a); D. Minn. LR 72.2(a). Therefore, IT IS ORDERED THAT:

1. The magistrate judge's September 4, 2015 Order [Docket No. 105] is AFFIRMED.

Dated: November 10, 2015

                                                     s/Joan N. Ericksen
                                                     JOAN N. ERICKSEN
                                                     United States District Judge