UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MOLDEX-METRIC, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>                Defendants. | Civil No. 14-1821 (JNE/FLN) |

**DECLARATION OF CHAD DROWN IN SUPPORT OF 3M'S MOTION FOR SUMMARY JUDGMENT AND/OR FOR JUDGMENT ON THE PLEADINGS**

I, Chad Drown, declare as follows:

1. I am an attorney at Faegre Baker Daniels LLP. I am one of the lawyers representing 3M Company and 3M Innovative Properties Company ("3M") in connection with the above-captioned action. This declaration is made on my personal knowledge and belief. In the description of the exhibits, I refer to the prior patent case, *3M Co. v. Moldex-Metric*, Civil No. 12-611 (D. Minn.), as "the Patent Case."

2. I have attached to this declaration a true and correct copy of the following documents:

    **EXHIBIT 1.**    U.S. Patent No. 6,070,693.

    **EXHIBIT 2.**    U.S. Patent No. 7,036,157.

    **EXHIBIT 3.**    U.S. Patent No. 5,936,208.

    **EXHIBIT 4.**    Prosecution History of U.S. Patent No. 5,936,208.

**EXHIBIT 5.**   Prosecution History of U.S. Patent No. 6,070,693.

**EXHIBIT 6.**   First Amended Complaint, January 22, 2016.

**EXHIBIT 7.**   Complaint in Patent Case March 8, 2012.

**EXHIBIT 8.**   Complaint in *Moldex-Metric v. 3M Co. et al.*, Civil No. 14-2921 (C.D. Cal.), Apr. 16, 2014.

**EXHIBIT 9.**   3M's Infringement Contentions in Patent Case Aug. 1, 2012 (excerpts).

**EXHIBIT 10.**   Joint Claim Construction Statement in Patent Case, Nov. 1, 2012.

**EXHIBIT 11.**   Moldex's Prior Art Statement in Patent Case, Sept. 14, 2012 (excerpts). (*Filed Under Seal*.)

**EXHIBIT 12.**   Scheduling Order, Docket 70, Apr. 6, 2015

**EXHIBIT 13.**   First Amended Scheduling Order, Docket 128, Nov. 2, 2015.

**EXHIBIT 14.**   Scheduling Order in Patent Case, June 14, 2012.

**EXHIBIT 15.**   Moldex's Brief in Opposition to Summary Judgment in Patent Case, Mar. 1, 2013. (*Filed Under Seal*.)  Patent Case Dkt. No. 48 (public version).

**EXHIBIT 16.**   Moldex's Summary Judgment Reply Brief in Patent Case, Mar. 7, 2013. (*Filed Under Seal*.)  Patent Case Dkt. No. 53 (public version).

**EXHIBIT 17.**   Transcript of Motion to Dismiss Hearing, Oct. 30, 2014 (excerpts and highlighting added).

**EXHIBIT 18.**   Letter from Eileen Hunter, Jan. 29, 2016.

**EXHIBIT 19.**   3M's First Set of Interrogatories, April 8, 2015.

**EXHIBIT 20.**   Moldex's Responses to First Set of Interrogatories, May 11, 2015.

**EXHIBIT 21.** Moldex's Supplemental Responses to First Set of Interrogatories, June 22, 2015.

**EXHIBIT 22.** Moldex's Second Supplemental Responses to First Set of Interrogatories, Oct. 2, 2015.

**EXHIBIT 23.** Moldex's Supplemental Responses to Interrogatories No. 2 and No. 5, Jan. 27, 2016. (*Filed Under Seal*.)

**EXHIBIT 24.** Moldex Notice of Errata in Response to First Set of Interrogatories, Jan. 27, 2016.

**EXHIBIT 25.** 3M's First Set of Requests for Admission, Aug. 31, 2015.

**EXHIBIT 26.** Moldex's Responses to First Set of Requests for Admission, Sept. 30, 2015.

**EXHIBIT 27.** 3M's Responses to Third Set of Interrogatories, Oct. 30, 2015. (*Filed Under Seal*.)

**EXHIBIT 28.** 3M's First Set of Interrogatories in Patent Case, May 18, 2012.

**EXHIBIT 29.** Moldex's Responses to First Set of Interrogatories in Patent Case, June 18, 2012.

**EXHIBIT 30.** Moldex's Supplemental Responses to First Set of Interrogatories in Patent Case, Apr. 1, 2013.

**EXHIBIT 31.** Deposition of Dr. Kenneth Cunefare, Feb. 26, 2016 (excerpts and highlighting added).

**EXHIBIT 32.** Deposition of Jeffrey Birkner, Oct. 26, 2015 (excerpts and highlighting added). (*Filed Under Seal*.)

**EXHIBIT 33.**  Deposition of Daniel Dix, Mar. 27, 2013 (excerpts and highlighting added).  (*Filed Under Seal*.)

**EXHIBIT 34.**  Deposition of Daniel Dix, Nov. 30, 2015 (excerpts and highlighting added).  (*Filed Under Seal*.)

**EXHIBIT 35.**  Deposition of Terry Grimsley, Oct. 26, 2015 (excerpts and highlighting added).  (*Filed Under Seal*.)

**EXHIBIT 36.**  Deposition of James Hornstein, Moldex 30(b)(6), Apr. 11, 2013 (excerpts and highlighting added).  (*Filed Under Seal*.)

**EXHIBIT 37.**  Deposition of James Hornstein, Sept. 25, 2015 (excerpts and highlighting added).  (*Filed Under Seal*.)

**EXHIBIT 38.**  Deposition of Frank Little, Dec. 1, 2015 (excerpts and highlighting added).  (*Filed Under Seal*.)

**EXHIBIT 39.**  Deposition of Mark Magidson, Oct. 6, 2015 (excerpts and highlighting added).  (*Filed Under Seal*.)

**EXHIBIT 40.**  Deposition of Bernard Mishkin, Mar. 26, 2013 (excerpts and highlighting added).  (*Filed Under Seal*.)

**EXHIBIT 41.**  Deposition of Bernard Mishkin, Oct. 5, 2015 (excerpts and highlighting added).  (*Filed Under Seal*.)

**EXHIBIT 42.**  Deposition of Michael Scholey, Mar. 25, 2013 (excerpts and highlighting added).  (*Filed Under Seal*.)

**EXHIBIT 43.**  Deposition of Norman Smith, Dec. 1, 2015 (excerpts and highlighting added).  (*Filed Under Seal*.)

**EXHIBIT 44.** Deposition of Stephen Young, Mar. 22, 2013 (excerpts and highlighting added).  (*Filed Under Seal*.)

**EXHIBIT 45.** Moldex production document bearing production number MM00114858.  (*Filed Under Seal*.)

**EXHIBIT 46.** Moldex production document bearing production number MM00009699.  (*Filed Under Seal*.)

**EXHIBIT 47.** Moldex production document bearing production number MM00005599-5600.  (*Filed Under Seal*.)

**EXHIBIT 48.** Moldex production document bearing production number MM00114905-06.  (*Filed Under Seal*.)

**EXHIBIT 49.** Moldex production document bearing production number MM00001842.  (*Filed Under Seal*.)

**EXHIBIT 50.** Moldex production document bearing production number MM00001791.  (*Filed Under Seal*.)

**EXHIBIT 51.** Moldex production document bearing production number MM00000224.  (*Filed Under Seal*.)

**EXHIBIT 52.** Moldex production document bearing production number MM00009644.  (*Filed Under Seal*.)

**EXHIBIT 53.** Moldex production document bearing production number MM00009449.  (*Filed Under Seal*.)

**EXHIBIT 54.** Moldex production document bearing production number MM00005315.  (*Filed Under Seal*.)

**EXHIBIT 55.**  Moldex production document bearing production number MM00005311.  (*Filed Under Seal*.)

**EXHIBIT 56.**  Moldex production document bearing production number MM00003185.  (*Filed Under Seal*.)

**EXHIBIT 57.**  Moldex production document bearing production number MM00009366.  (*Filed Under Seal*.)

**EXHIBIT 58.**  Moldex production document bearing production number MM00009356.  (*Filed Under Seal*.)

**EXHIBIT 59.**  Moldex production document bearing production number MM00006442.  (*Filed Under Seal*.)

**EXHIBIT 60.**  Moldex production document bearing production number MM00008653-54.  (*Filed Under Seal*.)

**EXHIBIT 61.**  Moldex production document bearing production number MM00006433.  (*Filed Under Seal*.)

**EXHIBIT 62.**  Moldex production document bearing production number MM00005285.  (*Filed Under Seal*.)

**EXHIBIT 63.**  Moldex production document bearing production number MM00006294.  (*Filed Under Seal*.)

**EXHIBIT 64.**  Birkner Dep. Ex. 1095.  (*Filed Under Seal*.)

**EXHIBIT 65.**  Birkner Dep. Ex. 1098 (excerpts).  (*Filed Under Seal*.)

**EXHIBIT 66.**  U.S. Patent No. 5,113,967.

**EXHIBIT 67.**  U.S. Patent No. 4,852,683.

**EXHIBIT 68.**   U.S. Patent No. 2,990,907

**EXHIBIT 69.**   U.S. Patent No. 6,233,853

**EXHIBIT 70.**   French Patent Publication No. 2,676,642

**EXHIBIT 71.**   Expert Report of Dr. Sigfrid Soli (excerpts and highlighting added).

(*Filed Under Seal*.)

**EXHIBIT 72.**   Grimsley Dep. Ex. 1105.

**EXHIBIT 73.**   Grimsley Dep. Ex. 1106.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 1, 2016

                                                                                          */s/ Chad Drown*
                                                                                          Chad Drown

US.105234016.07