UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MOLDEX-METRIC, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY,<br><br>Defendants. | Civil No. 14-1821 (JNE/FLN) |

## DECLARATION OF DR. KENNETH A. CUNEFARE

I, Dr. Kenneth A. Cunefare, declare as follows:

1. I have been asked by 3M Company ("3M") to provide my opinion and to testify as an expert witness on various issues in the above-captioned case, including issues relating to the infringement and validity of U.S. Patent No. 6,070,693.

2. A true and correct copy of my Expert Report is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: March 17, 2016

Dr. Kenneth A. Cunefare

US.105234016.01

1