UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Moldex Metric, Inc.,

    Plaintiff,

v.                                                                    Case No. 14-cv-1821 (JNE/KMM)
                                                                  ORDER

3M Company and 3M Innovative Properties
Company,

    Defendants.

Harold A. Barza and Joseph M. Paunovich, Quinn Emanuel Urquhart & Sullivan, LLP, and Katherine A. Moerke, Stinson Leonard Street LLP, appeared for Moldex Metric, Inc.

David J.F. Gross, Nicholas Poli Chan, Helen Chacon, and Chad Drown, Faegre Baker Daniels LLP, appeared for 3M Company and 3M Innovative Properties Company.

On December 9, 2016, the Court filed a Memorandum under seal. For the reasons set forth in the Memorandum, the Court (1) grants in part and denies in part 3M's Motion for Partial Summary Judgment and/or Judgment on the Pleadings and (2) grants Moldex Metric's Motion for Partial Summary Judgment on Elements of its Sham Litigation and Malicious Prosecution Claims.[1] The parties shall submit proposed redactions to the Memorandum, if any, on or before December 23, 2016. The Court will either unseal the Memorandum or file a redacted version of the Memorandum.

---

[1] At the motion hearing, the Court denied Moldex Metric's Motion for Summary Judgment on 3M's "Unclean Hands" Affirmative Defense.

1

2

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. 3M's Motion for Partial Summary Judgment and/or Judgment on the Pleadings [Docket No. 195] is GRANTED IN PART and DENIED IN PART.

2. Moldex Metric's Motion for Partial Summary Judgment on Elements of its Sham Litigation and Malicious Prosecution Claims [Docket No. 200] is GRANTED.

3. Moldex Metric's Motion for Summary Judgment on 3M's "Unclean Hands" Affirmative Defense [Docket No. 206] is DENIED.

4. The parties shall submit proposed redactions to the Memorandum, if any, on or before December 23, 2016.

Dated: December 9, 2016

          s/ Joan N. Ericksen
          JOAN N. ERICKSEN
          United States District Judge