# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MOLDEX-METRIC, INC.,<br>             Plaintiff,<br><br>vs.<br><br>3M COMPANY and 3M INNOVATIVE PROPERTIES COMPANY,<br>             Defendants. | Civil No. 14-1821 (JNE/KMM)<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of a confidential settlement agreement between Plaintiff Moldex-Metric, Inc. ("Plaintiff") and Defendants 3M Company and 3M Innovative Properties Company ("Defendants"), Plaintiff and Defendants jointly move for dismissal with prejudice as follows:

1. All claims and counterclaims in the above-captioned legal action be dismissed with prejudice.

2. All fees and costs shall be borne by the parties.

Dated: April 28, 2017

By: s/Kevin D. Conneely
Kevin D. Conneely (#192703)
Katherine A. Moerke (#312277)
STINSON LEONARD STREET LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
Telephone: (612) 335-1500
Fax: (612) 335-1657
kevin.conneely@stinson.com
katie.moerke@stinson.com

        Harold A. Barza (pro hac vice)
        halbarza@quinnemanuel.com
        Joseph M. Paunovich (pro hac vice)
        joepaunovich@quinnemanuel.com
        Valerie Roddy (pro hac vice)
        *valerieroddy@quinnemanuel.com*
        Matthew Hosen (pro hac vice)
        matthosen@quinnemanuel.com
        QUINN EMANUEL URQUHART & SULLIVAN, LLP
        865 South Figueroa Street, 10th Floor
        Los Angeles, CA 90017
        Telephone: (213) 443-3000
        Fax: (213) 443-3211

        *Attorneys for Plaintiff Moldex-Metric, Inc.*

Dated:  April 28, 2017    By:  <u>s/ Chad Drown</u>
        FAEGRE BAKER DANIELS LLP
        Chad Drown (#319053)
        Elizabeth Cowan Wright (#387126)
        2200 Wells Fargo Center
        90 South Seventh Street
        Minneapolis, Minnesota 55402-3901
        Telephone: (612) 766-7000
        chad.drown@FaegreBD.com
        elizabeth.cowanwright@FaegreBD.com

        David J.F. Gross (#208772)
        Calvin L. Litsey (#153746)
        Nick P. Chan (pro hac vice)
        Helen E. Chacon (pro hac vice)
        1950 University Avenue, Suite 450
        East Palo Alto, California 94303
        Telephone: (650) 324-6700
        david.gross@FaegreBD.com
        calvin.litsey@FaegreBD.com
        nick.chan@FaegreBD.com
        helen.chacon@FaegreBD.com

        *Attorneys for Defendants 3M Company and 3M Innovative Properties Company*