UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Moldex Metric, Inc.,

    Plaintiff,

v.   Case No. 14-cv-1821 (JNE/KMM)
ORDER

3M Company and 3M Innovative Properties Company,

    Defendants.

This case is before the Court on the parties' Joint Motion for Dismissal with Prejudice. The Court grants the motion [Docket No. 261]. The action is dismissed with prejudice.

    IT IS SO ORDERED.

Dated: April 28, 2017

    s/ Joan N. Ericksen
    JOAN N. ERICKSEN
    United States District Judge